# DANIELS & NORELLI, P.C.
## Attorneys at Law

Fred G. Daniels*
George H. Norelli
James P. Scully*
Isaac B. Tuchman
----------
Meredith E. Unger
Joshua R. Bronstein
Ira. R. Sitzer

Member of the N.Y. & N.J. Bar*

900 Merchants Concourse
Suite 400
Westbury, NY 11590
(800) 332-3306
(516) 338-7520 x3126
(516) 338-1063- Fax

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 1 SEP 2009
```

September 18, 2009

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn: Honorable Paul A. Crotty

✱ SO ORDERED: 2 1 SEP 2009

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Ivelisse Del Villar v. Colorado Capital Investments Inc., Daniels Norelli Golden & Wexler P.C. d/b/a Daniels & Norelli, P.C.
Civil Action No.: 09 CV 7049
Defendants Request for An Extension of Time to Answer

Honorable Sir:

The parties having previously agreed to the extension in Defendant's time to answer through Friday, September 25, 2009 and having engaged in substantive settlement negotiations since.

Defendants now respectfully request, without Plaintiff opposition, or additional and final extension through and including Friday, October 8, 2009.

The parties have a settlement conference scheduled for 3:00 p.m. on Wednesday September 23, 2009 at which we hope to resolve all matters between the parties.

Very Truly Yours,

Fred Daniels, Esq.

cc: Elizabeth Gamble

**MEMO ENDORSED**