UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Colorado Capital Investments, Inc.,

              Plaintiff,

  -against-

Colorado Capital Investments, Inc., et al.,

              Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 5, 2009
```

**09 Civ. 7049 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
       October 2, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1

# DANIELS & NORELLI, P.C.
## Attorneys at Law

Fred G. Daniels*
George H. Norelli
James P. Scully*
Isaac B. Tuchman
----------------
Meredith E. Unger
Joshua R. Bronstein
Ira. R. Sitzer

900 Merchants Concourse
Suite 400
Westbury, NY 11590
(800) 332-3306
(516) 338-7520 x3126
(516) 338-1063- Fax

Member of the N.Y. & N.J. Bar*

September 30, 2009

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn: Honorable Paul A. Crotty

    Re: Ivelisse Del Villar v. Colorado Capital Investments Inc., Daniels Norelli Golden & Wexler P.C.
d/b/a Daniels & Norelli, P.C.
Civil Action No.: 09 CV 7049
Defendants Request for An Extension of Time to Answer

Honorable Sir:

    The parties have reached a settlement with regards to the above referenced matter. Therefore we are requesting on consent an adjournment of time to answer pending the filing of settlement documents. Plaintiff's counsel will be out of the office on vacation and will not be available until her return on or about October 9, 2009.

    Counsel for the Defendants has communicated this request to Plaintiff's counsel and it has been consented to.

Very Truly Yours,

Fred Daniels, Esq.

cc: Elizabeth Gamble

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK    Civil Action No. 09 CV 7049

-----

IVELISSE DEL VILLAR

STIPULATION ON CONSENT
EXTENDING TIME

Plaintiff,

-against-

COLORADO CAPITAL INVESTMENTS, INC.,
DANIELS NORELLI GOLDEN & WEXLER P.C.
d/b/a DANIELS & NORELLI, P.C.,

Defendants.

-----

IT IS HEREBY STIPULATED, by and between the parties as follows:

1. The parties hereby agree to extend the Defendants time to answer to and through October 20, 2009 as the parties have reached a settlement in this matter and the appropriate documentation shall be forthcoming;

2. A facsimile copy of this transmission may be deemed original by this court and filed as such.

Dated: September 30, 2009

DANIELS & NORELLI, P.C.

By: _____
Byrd Daniels, Esq.
Attorneys for the Defendants
900 Merchants Concourse, Suite 400
Westbury, NY 11590
(516) 338-7520


MANHATTAN LEGAL SERVICES

By: _____
Elizabeth Gamble (EG 9107)
Attorney for Plaintiff
55 West 125th Street, 10th Floor
New York, New York 10027
(646) 442-3168